**In the United States District Court
For the Southern District of Georgia
Waycross Division**

| | | |
|---|---|---|
| HARRY THOMAS WILLIAMS, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 5:16-cv-49 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 5:14-cr-14) |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 10, to which Movant Harry Williams ("Williams") filed Objections, dkt. no. 14. Williams provides no contentions or argument in his Objections which would serve to undermine the Magistrate Judge's thorough and proper analyses of the issues Williams presented to the Court.

Thus, the Court **OVERRULES** Williams' Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Williams' 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the

appropriate judgment of dismissal. The Court **DENIES** Williams *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 28 day of March, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA