IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| HARRY THOMAS WILLIAMS, | |
| Movant, | CIVIL ACTION NO.: 5:20-cv-83 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 5:14-cr-14) |
| Respondent. | |

**O R D E R**

Movant Harry Williams ("Williams"), an inmate at the Federal Correctional Institution in Jesup, Georgia, filed this 28 U.S.C. § 2255 Motion on June 23, 2020, which the Court has reviewed. Williams attacks the sentence obtained in this Court in Case Number 5:14-cr-14. Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court **ORDERS** the United States Attorney to file an answer or motion to dismiss within 30 days stating what records and documents need to be produced to fully respond to the motion. The Government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

While this action is pending, Williams shall immediately inform this Court in writing of any change of address. Failure to do so will result in dismissal of this case, without prejudice.

The Court **DIRECTS** the Clerk of Court to forward a copy of this Order and a copy of Williams' Motion for relief to the Savannah Office of the United States Attorney for the Southern District of Georgia.

**SO ORDERED**, this 7th day of July, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA