IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:45 pm, Aug 07, 2020

| | |
|---|---|
| HARRY THOMAS WILLIAMS, | |
| Movant, | CIVIL ACTION NO.: 5:20-cv-83 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 5:14-cr-14) |
| Respondent. | |

**O R D E R**

Respondent has moved to dismiss Movant Harry Williams' ("Williams") 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence.  Doc. 3.  The Court **ORDERS** Williams to file any objections to Respondent's motion for dismissal or to otherwise inform the Court of his decision not to object to Respondent's Motion to Dismiss within 14 days of the date of this Order.  If Williams does not respond to Respondent's Motion within 14 days, the Court will determine there is no opposition to the Motion, grant the Motion as unopposed, and deem Williams to have failed to follow a Court Order.

**SO ORDERED**, this 7th day of August, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA